■ (A) LUDMILLA HUNTER v. ALLAN B. HUNTER.— Motion to dismiss appeal denied without prejudice, however, to a renewal thereof upon the argument or submission of the appeal. (B) LUDMILLA HUNTER v. ALLAN B. HUNTER et al.— [In each action] Motion to dismiss appeal denied without prejudice, however, to a renewal thereof upon the argument or submission of the appeal. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

## (January 20, 1961)

■ In the Matter of the Estate of JENNIE M. SPERONI, Deceased. LEO POLLACK, Appellant; IRIDE DONOHUE, as Administratrix, Respondent.— Motion for final order of dismissal granted on default, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

## (January 23, 1961)

■ UNITED STATES TRUCKING CORPORATION et al., Respondents, v. JOHN J. O'ROURKE, as President of Teamster Joint Council No. 16, et al., Appellants.— Order, entered on January 19, 1961, granting a preliminary injunction and holding the motion for a temporary injunction *sub judice*, unanimously reversed, on the law and on the facts, without costs. Plaintiffs have not shown the clear right to relief required on an application of this nature, inasmuch as, passing all other questions, there is at least serious doubt that the actions complained of are not arguably within the jurisdiction of the National Labor Relations Board. (Cf. *Dooley* v. *Anton,* 8 N Y 2d 91, 96.) Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ MARCIA BEN AMI MICHEL v. YITSHAQ BEN AMI.— Motion to dismiss appeal on the ground that the record on appeal is incomplete, and in the event said appeal is not dismissed, for leave to dispense with printing respondent's points and for other relief granted to the extent of requiring the appellant to file the minutes of the omitted hearings with this court on or before January 31, 1961, with notice of argument for the March 1961 Term of this court. The respondent is permitted to dispense with the printing of his respondent's points on condition that the respondent serves one copy of the typewritten respondent's points upon the attorney for appellant and files six typewritten copies of respondent's points with this court on or before February 15, 1961. In all other respects the motion is denied. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

## (January 24, 1961)

■ LEO LEHMANN, by IRWIN LEHMANN, Administrator of the Estate of LEO LEHMANN, Deceased, Respondent. v. MANHATTAN EYE, EAR & THROAT HOSPITAL, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Bergan, JJ.